UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| ESTATE OF TOMI KARTCHNER, et al., | Case No. |
|---|---|
| Plaintiffs, | **DECLARATION OF BRYAN BORGES JR. RE: CAL. CODE CIV. PROC. § 377.32** |
| vs. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

I, Bryan Borges Jr., do declare and say:

1. I submit the following declaration concerning S▇▇▇ B▇▇▇'s status as the successor-in-interest to Tomi Kartchner, pursuant to section § 377.32 of the California Code of Civil Procedure. (This declaration is submitted on behalf of S▇▇▇ B▇▇▇ because she is a minor.)

2. Tomi Kartchner was born on ▇▇▇ 1995, in the County of Maricopa, Arizona.

3. No proceeding is now pending in California for administration of the estate of Tomi Kartchner.

4. S▇▇▇ B▇▇▇ is the successor-in-interest to Tomi Kartchner (as defined in section 377.11 of the California Code of Civil Procedure) and succeeds to her interest in this action or proceeding. S▇▇▇ B▇▇▇ is the biological daughter of Tomi Kartchner.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Tomi Kartchner in this pending action or proceeding.

6. A true and correct copy of the certified death certificate of Tomi Kartchner is attached.

I declare under penalty of perjury under the laws of the State of Oklahoma that the foregoing is true and correct and that this declaration was executed on 8/20, 2023, at Elgin, Oklahoma.

_____
Bryan Borges Jr.

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of MERCED
## HEALTH DEPARTMENT
### MERCED, CALIFORNIA

**STATE FILE NUMBER:** 3052023123730
**LOCAL REGISTRATION NUMBER:** 3202324000652

## CERTIFICATE OF DEATH

### DECEDENT'S PERSONAL DATA
- **1. NAME OF DECEDENT—FIRST (Given):** TOMIBELLA
- **2. MIDDLE:** -
- **3. LAST (Family):** KARTCHNER
- **AKA:** -
- **4. DATE OF BIRTH:** 1995
- **5. AGE Yrs.:** 28
- **6. SEX:** F
- **9. BIRTH STATE/FOREIGN COUNTRY:** AZ
- **11. EVER IN U.S. ARMED FORCES?:** NO
- **12. MARITAL STATUS:** NEVER MARRIED
- **7. DATE OF DEATH:** 05/25/2023
- **8. HOUR:** 2357
- **13. EDUCATION:** HS GRADUATE
- **14/15. HISPANIC/LATINO?:** NO
- **16. RACE:** CAUCASIAN
- **17. USUAL OCCUPATION:** UNKNOWN
- **18. KIND OF BUSINESS OR INDUSTRY:** UNKNOWN
- **19. YEARS IN OCCUPATION:** UNK

### USUAL RESIDENCE
- **20. DECEDENT'S RESIDENCE:** 8873 SKY DANCER CIRCLE
- **21. CITY:** TUCSON
- **22. COUNTY/PROVINCE:** PIMA
- **23. ZIP CODE:** 85742
- **24. YEARS IN COUNTY:** 18
- **25. STATE/FOREIGN COUNTRY:** AZ

### INFORMANT
- **26. INFORMANT'S NAME/RELATIONSHIP:** KERRY MICHELLE CALVERT, MOTHER

### SPOUSE/PARENT INFORMATION
- **28/29/30. NAME OF SURVIVING SPOUSE:** -
- **31. NAME OF FATHER/PARENT—FIRST:** AARON
- **32. MIDDLE:** MORRIS
- **33. LAST:** KARTCHNER
- **34. BIRTH STATE:** AZ
- **35. NAME OF MOTHER/PARENT—FIRST:** KERRY
- **36. MIDDLE:** MICHELLE
- **37. LAST (BIRTH NAME):** NEWHOUSE
- **38. BIRTH STATE:** PA

### FUNERAL DIRECTOR / LOCAL REGISTRAR
- **39. DISPOSITION DATE:** 06/07/2023
- **40. PLACE OF FINAL DISPOSITION:** RESIDENCE OF KERRY CALVERT
- **41. TYPE OF DISPOSITION:** CREMATE/TRANSIT/RESIDENCE
- **42. SIGNATURE OF EMBALMER:** NOT EMBALMED
- **44. NAME OF FUNERAL ESTABLISHMENT:** WHITTON FAMILY FUNERAL SERVICE
- **45. LICENSE NUMBER:** FD1633
- **46. SIGNATURE OF LOCAL REGISTRAR:** SALVADOR SANDOVAL, MD
- **47. DATE:** 06/06/2023

### PLACE OF DEATH
- **101. PLACE OF DEATH:** JAIL
- **103. OTHER THAN HOSPITAL, SPECIFY ONE:** Other [X]
- **104. COUNTY:** MERCED
- **105. FACILITY ADDRESS OR LOCATION:** 2584 W. SANDY MUSH RD
- **106. CITY:** MERCED

### CAUSE OF DEATH
- **107. CAUSE OF DEATH — IMMEDIATE CAUSE (A):** ASPHYXIA BY HANGING
- **Time interval:** MINS
- **108. DEATH REPORTED TO CORONER?:** YES — 23-21361
- **109. BIOPSY PERFORMED?:** NO
- **110. AUTOPSY PERFORMED?:** YES
- **111. USED IN DETERMINING CAUSE?:** YES
- **112. OTHER SIGNIFICANT CONDITIONS:** DEPRESSION
- **113. WAS OPERATION PERFORMED:** NO
- **113A. DECEDENT PREGNANT IN LAST YEAR?:** NO

### PHYSICIAN'S CERTIFICATION
(blank)

### CORONER'S USE ONLY
- **119. MANNER OF DEATH:** Suicide [X]
- **120. INJURED AT WORK?:** NO
- **121. INJURY DATE:** 05/25/2023
- **122. HOUR:** 2357
- **123. PLACE OF INJURY:** OTHER JAIL CELL
- **124. DESCRIBE HOW INJURY OCCURRED:** DECEDENT HANGED HERSELF FROM TOP BUNK
- **125. LOCATION OF INJURY:** JAIL CELL, 2584 W. SANDY MUSH, MERCED, CA 95341
- **126. SIGNATURE OF CORONER / DEPUTY CORONER:** MARK SUPER MD
- **127. DATE:** 06/06/2023
- **128. TYPE NAME / TITLE OF CORONER / DEPUTY CORONER:** MARK SUPER MD, CORONER



*999270967*

## CERTIFIED COPY OF VITAL RECORDS

**STATE OF CALIFORNIA**
**COUNTY OF MERCED** ss
**DATE ISSUED:** 06/15/2023

This is a true and exact reproduction of the document officially registered and placed on file in the office of the MERCED COUNTY HEALTH DEPARTMENT.

*Salvador Sandoval, MD MPH*
Dr. Salvador Sandoval, MD, MPH
HEALTH OFFICER, MERCED COUNTY

This copy not valid unless prepared on engraved border displaying seal and signature of County Health Officer.

FBNCO (Rev) 12/20

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE