LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP DBA WELLPATH, SAETERN KAO, AND DYLAN FULCHER

MARK E. MERIN (State Bar No. 043849)
mark@markmerin.com
PAUL H. MASUHARA (State Bar No. 289805)
paul@markmerin.com
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

Attorneys for Plaintiffs
mailto:paul@markmerin.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF TOMI KARTCHNER, S.B., KERRY CALVERT, and AARON KARTCHNER, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MERCED, MERCED COUNTY SHERIFF'S OFFICE, VERNON WARNKE, CALIFORNIA FORENSIC MEDICAL GROUP dba WELLPATH, SAETERN KAO, TERESA OLVERA, DYLAN FULCHER, and DOES 1-20; <br><br> Defendants. | CASE NO. 1:23-cv-01672-NODJ-SKO <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP DBA WELLPATH, SAETERN KAO, AND DYLAN FULCHER TO FILE RESPONSES TO PLAINTIFFS' COMPLAINT** <br><br> **(Doc. 9)** |

Plaintiffs Estate of Tomi Kartchner, S.B., Kerry Calvert, and Aaron Kartchner, ("Plaintiffs"), and Defendants California Forensic Medical Group dba Wellpath, Saetern Kao, and Dylan Fulcher ("Wellpath Defendants"), by and through their undersigned counsel of record, hereby represent to the Court and stipulate as follows:

1. On December 1, 2023, Plaintiffs filed their Complaint for Violation of Civil and Constitutional Rights ("Complaint") in the United States District Court, Eastern District of California, Fresno Division. ECF. No. 1.

2. On January 23, 2024, counsel for Wellpath Defendants waived and accepted service for Wellpath Defendants, setting their deadline to file a response to the Complaint as February 2, 2024.

3. Defendant Teresa Olvera, a former employee of Defendants California Forensic Medical Group dba Wellpath, has yet to be served and has not agreed to waive service.

4. On January 26, 2024, Plaintiffs and Wellpath Defendants agreed to a 28-day extension of time for Wellpath Defendants to file responses to Plaintiffs' Complaint, from February 2, 2024, to March 1, 2024, pursuant to Local Rule 144(a).

5. Plaintiffs and Wellpath Defendants hereby stipulate and agree that the Wellpath Defendants' deadline to file a response to Plaintiffs' Complaint shall be extended to, Friday, March 1, 2024, pursuant to Local Rule 144(a).

IT IS SO STIPULATED AND AGREED.

DATED: January 26, 2024   GORDON REES SCULLY MANSUKHANI, LLP
             By: */s/ Lindsey M. Romano*
             Lindsey M. Romano
             Attorneys for Wellpath Defendants

DATED: January 26, 2024   LAW OFFICE OF MARK E. MERIN
             By: */s/ Paul H. Masuhara* (As authorized Jan. 26, 2024).
             Paul H. Masuhara
             Attorneys for Plaintiffs

## **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by all

counsel to show their signature on this document as /s/.

Dated: January 26, 2024                    */s/ Lindsey M. Romano*
                                                        Lindsey M. Romano

**<u>ORDER</u>**

Based on the foregoing stipulation of the parties (Doc. 9), and for good cause shown, it is hereby ORDERED that the responsive pleading deadline for the Wellpath Defendants is EXTENDED up to and including March 1, 2024.

IT IS SO ORDERED.

Dated:   **January 29, 2024**                    */s/ Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE

3
STIPULATION TO EXTEND TIME TO RESPOND     1:23-cv-01627-SKO