

## United States District Court
## Eastern District of California

| ESTATE OF TOMI KARTCHNER, et al. | Case Number: 1:23-cv-01672-NODJ-SKO |
|---|---|
| Plaintiff(s) | |
| V. | |
| COUNTY OF MERCED, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Allison J. Becker** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**California Forensic Medical Group dba Wellpath; Saetern Kao, Teresa Olvera, Dylan Fulcher**

On **December 10, 2010** (date), I was admitted to practice and presently in good standing in the **North Carolina State Bar** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

**See Attachment 1**

Date: **February 29, 2024**     Signature of Applicant: /s/ **Allison J. Becker**

**Pro Hac Vice Attorney**

Applicant's Name: Allison J. Becker

Law Firm Name: Gordon Rees Scully Mansukhani, LLP

Address: 150 Fayetteville St. Suite 1120

City: Raleigh   State: NC   Zip: 27601

Phone Number w/Area Code: (919) 787-4555

City and State of Residence: Raleigh, North Carolina

Primary E-mail Address: abecker@grsm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Lindsey M. Romano

Law Firm Name: Gordon Rees Scully Mansukhani, LLP

Address: 275 Battery Street, Suite 2000

City: San Francisco   State: CA   Zip: 94111

Phone Number w/Area Code: (415) 875-4126   Bar #: 337600

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 1. 2024

*Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT