**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Matthew W. Gross, SBN 324007
mgross@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF MERCED; MERCED COUNTY SHERIFF'S OFFICE and VERNON WARNKE
*Exempt from Filing Fees Pursuant to Government Code § 6103*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF TOMI KARTCHNER, S.B., KERRY CALVERT, and AARON KARTCHNER, <br><br>           Plaintiffs, <br><br> v. <br><br> COUNTY OF MERCED, MERCED COUNTY SHERIFF'S OFFICE, VERNON WARNKE, CALIFORNIA FORENSIC MEDICAL GROUP dba WELLPATH, SAETERN KAO, TERESA OLVERA, DYLAN FULCHER, and DOE 1 to 20, <br><br>           Defendants. <br> _____/ | CASE NO.  1:23-cv-01672-KES-SKO <br><br> **STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE** <br><br> Complaint Filed:  12/1/2023 <br><br> (Doc. 34) |

Pursuant to the Eastern District of California Local Rule 144(a), Plaintiffs ESTATE OF TOMI KARTCHNER, S.B., KERRY CALVERT, and AARON KARTCHNER (collectively "Plaintiffs") and Defendants COUNTY OF MERCED; MERCED COUNTY SHERIFF'S OFFICE and VERNON WARNKE (collectively "Defendants") hereby stipulate to provide an additional 28 days for the

**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE**

Defendants to respond to Plaintiffs Request for Production of Documents, Set One. The parties hereby stipulate as follows:

WHEREAS, on February 28, 2024, Plaintiffs served written discovery in the form of Request for Production of Documents, Set One, on the County on Merced requesting 68 separate requests for production with a production date of April 1, 2024;

WHEREAS, on March 26, 2024, counsel for Defendants requested a 28-day extension to counsel for Plaintiffs;

WHEREAS, on that same day, March 26, 2024, counsel for Plaintiffs granted the first discovery extension via email and setting a new production date of April 29, 2024;

WHEREAS, counsel for Defendants has been diligent and working with the Defendant to review and gather documents in response to Plaintiffs Request for Production of Documents, Set One, but requests additional time to gather the documents and for counsel for Defendants to review the records;

WHEREAS, counsel for Defendants is seeking a second extension with court approval, requesting another 28 day extension to gather the responsive documents to Plaintiffs' Request for Production of Documents, Set One, setting a new deadline of May 28, 2024.

Now, THEREFORE, the parties STIPULATE:

1.     Defendant County of Merced shall have until May 28, 2024 to provide discovery responses to Plaintiffs' Request for Production of Documents, Set One.


**IT IS SO STIPULATED.**


Dated:  April 26, 2024                    PORTER SCOTT
                                          A PROFESSIONAL CORPORATION

                                          By  /s/Matthew W. Gross
                                              Carl L. Fessenden
                                              Matthew W. Gross
                                              Attorneys for Defendants

**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE**

Dated:  April 26, 2024                    LAW OFFICE OF MARK E. MERIN

                                          By  /s/Paul H. Masuhara*(Authorized on 4/25/24)*
                                              Mark E. Merin
                                              Paul H. Masuhara
                                              Attorneys for Plaintiffs

**ORDER**

        GOOD CAUSE APPEARING, the parties' foregoing stipulation (Doc. 34) is GRANTED, and

Defendant County of Merced shall have until May 28, 2024, to provide responses to Plaintiffs' Request

for Production of Documents, Set One.

IT IS SO ORDERED.

Dated:  **April 26, 2024**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

---

3

**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE**