LINDSEY M. ROMANO (SBN: 337600)
lromano@grsm.com
ALLISON J. BECKER (PRO HAC VICE)
abecker@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP DBA WELLPATH, KAO SAETERN, TERESA OLVERA AND DYLAN FULCHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF TOMI KARTCHNER, et al., | CASE NO. 1:23-cv-01672-KES SKO |
| Plaintiffs, | **STATUS REPORT** |
| V | |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME California Forensic Medical Group dba Wellpath, Kao Saetern, Teresa Olvera and Dylan Fulcher (together, the "Wellpath Defendants"), file this Status Report, and would respectfully show the Court the following:

On April 30, 2025, the Bankruptcy Court held a hearing on the Debtors' Motion to further extend the automatic stay to the Non-Debtor Defendants. The Court granted the Motion and ordered that, pursuant to section 362 of the Bankruptcy Code, the Lawsuits were stayed, and the automatic stay extended, as to the Non-Debtor Defendants, on a final basis until the earlier of: (a) the effective date of a confirmed chapter 11 plan; (b) dismissal of the chapter 11 cases of the Debtors; or (c) May 7, 2025. No further extension was provided. Therefore, the stay as to the Non-Debtor Defendants has expired.

On May 1, 2025, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates and (II) Approving the Disclosure Statement on a Final Basis* [Docket No. 2596] (the <u>Confirmation Order</u>"), confirming the Debtors' Plan and approving the Debtors' Disclosure Statement.  A copy of the Confirmation Order is attached as **Exhibit A**.

Pursuant to ¶ 45 of the Confirmation Order, upon the consummation of the conditions precedent to the Plan Effective Date, the Debtors were to file a Notice of Effective Date on the Debtors' docket.  On May 9, 2025, the Debtors filed that *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Administrative Claims Bare Date* [Docket No. 2680] (the "<u>Notice of Effective Date</u>"), signifying that the conditions precedent set forth in <u>Article X</u> of the Plan have been satisfied (or  waived) and the occurrence of the Effective Date of the Debtors' Plan.  A copy of the Notice of Effective Date is attached as **Exhibit B**.

Accordingly, as of May 9, 2025, the Wellpath entities have emerged from their chapter 11 cases and are no longer Debtors under the Bankruptcy Code.

Respectfully submitted,

Dated: May 15, 2025

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/Lindsey M. Romano*
  Lindsey M. Romano
  Allison J. Becker (pro hac vice)
  Attorneys for Wellpath Defendants